IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE LYNN MILLER, | ) | |
| Plaintiff, | ) | 2:13cv1383 |
| | ) | Electronic Filing |
| vs. | ) | |
| | ) | Judge David Stewart Cercone/ |
| | ) | Magistrate Judge Maureen P. Kelly |
| CAROLYN W. COLVIN, *Commissioner* | ) | |
| *of Social Security*, | ) | Re: ECF Nos. 12, 14 |
| Defendant. | ) | |

## MEMORANDUM ORDER

AND NOW, this 22nd day of August, 2014, after Plaintiff, Melanie Lynn Miller, filed an action seeking review of the final decision of the Commissioner of Social Security disallowing her claim for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-433, and after cross-motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge giving the parties until August 18, 2014, to file written objections thereto, and upon consideration of the objections filed by Plaintiff, and upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by Plaintiff, ECF No. 12, is DENIED, the Motion for Summary Judgment filed by Defendant, ECF No. 14, is GRANTED, and the decision of the Commissioner denying Plaintiff's application for DIB is AFFIRMED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

David Stewart Cercone
United States District Judge

cc: Honorable Maureen P. Kelly
   United States Magistrate Judge
Jaya A. Shurtliff, Esquire
Kenneth R. Hiller, Esquire
Paul Kovac, Esquire

*(Via CM/ECF Electronic Mail)*